UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee DIVISION

## CIVIL RIGHTS COMPLAINT FORM
TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Tyrone Lumpkin,
Inmate # 196811.
(Enter full name of Plaintiff)

vs.

CASE NO: 4:15cv468 RH-CAS
(To be assigned by Clerk)

John Scmidt,
Mike Woods,
Chuck Davis,
,
.

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Filed0929'15USDcFln4PM1257

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Tyrone Lumpkin
Inmate Number 196811
Prison or Jail: Leon count Jail
Mailing address: Po Box 2278
Tallahassee FL 32316

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: John schmidt
Official position: Major
Employed at: Leon county jail
Mailing address: P.O. Box 2278
Tallahassee FL 32316

(2) Defendant's name: Mike Woods
Official position: SheriFF
Employed at: Leon county jail
Mailing address: P.O Box 2278
Tallahassee FL 32316

(3) Defendant's name: Chuck Davis
Official position: Lieutenant
Employed at: Leon county jail
Mailing address: P.O. Box 2278
Tallahassee FL 32316

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( ) No(X)

1. Parties to previous action:
   (a) Plaintiff(s): N/A
   (b) Defendant(s): N/A
2. Name of judge: N/A Case #: N/A
3. County and judicial circuit: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A
7. Facts and claims of case: N/A
   N/A

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( ) No(X)

1. Parties to previous action:
   a. Plaintiff(s): N/A
   b. Defendant(s): N/A
2. District and judicial division: N/A
3. Name of judge: N/A Case #: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A

7. Facts and claims of case: N/A

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B))* in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ) No(X)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): N/A
   b. Defendant(s): N/A
2. District and judicial division: N/A
3. Name of judge: N/A Case #: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A
7. Facts and claims of case: N/A

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( ) No(X)

1. Parties to previous action:
   a. Plaintiff(s): N/A
   b. Defendant(s): N/A
2. District and judicial division: N/A
3. Name of judge: N/A Case Docket # N/A
4. Approximate filing date: N/A Dismissal date: N/A
5. Reason for dismissal: N/A

6. Facts and claims of case: N/A

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

My name is Tyrone Lumpkin and I'm currently incarcerated at the Leon County Jail where we are being deprived of our constitutional right's. This being due to sheriff mike wood's, major John Schmidt and Lieutenant Chuck Davis issuing a memo around the time of September 4, 2015 stating that all Disciplinary confinement and special need's inmate's are to only receive 40 min of out of cell time per week 20 min on Tuesdays and 20 min on Thursday's. This is a violation of our right's because we are invited to the chance to recieve at least 3 hour's of out of cell time per week. Therefore by the 3 partie's issuing and approving this memo they are violating are right's by depriving us of 2 hour's and 20 min of the time we by right are entitled to. We are also entitled to call and speak with our lawyer's as needed but due to the new memo we inmate's are deprive of the right to communicate with our lawyer's because we have to call at particular time's. And due to the Leon County Jail only allowing DC and special need's inmates out of our cell's 2 time's per week for 40 min we are not able to contact our lawyer's because if we are not able to contact him doing those 20 min that we are out twice per week we are never given another opportunity to try to contact our lawyer's although we may beg, plead and show legit proof that we need to contact our lawyer's concerning what's

occurring in our criminal cases, which is deprivation of our right's due to this memo being issued and followed to the extreme. I would like for this to be put to an end as soon as possible.

Respectfully Submitted
Tyrone Lumpkin
196811

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

1.) The right that all inmate's house in confinement A/C or D/C are entitled to the chance to recieve 3 hours of out of cell recreation time per week. 2). The right that all inmate's are entitled to be able to contact their lawyer's as needed to consult with them concerning their criminal cases.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Relief requested is for this memo to end as soon as possible and also for Leon County Jail to pay restitution of $350,000 due to deprivation of all rights, mental anguish and not properly treat inmate's housed in the Leon County jail.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

9-27-15
(Date)

[signature]
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☒ deposited in the prison's internal mail system on:
the 27th day of September, 2015.

[signature]
(Signature of Plaintiff)

Revised 03/07

Jyrone Lumpkin SPN # 196[illegible]

**LEON COUNTY JAIL**
**P.O. Box 2278**
**TALLAHASSEE, FLORIDA 32316-2278**

TALLAHASSEE FL 323
28 SEP 2015 PM 1 L

United states district court
northern district of Florida
office of the clerk
111 north adams streets
suite 322
Tallahassee FL 32301-7730

Legal Mail

Legal Mail

Legal Mail

32301$7730